UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON PFEIFFER, on behalf of himself an all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG<br><br>Defendants. | Civil Action No. 07 civ 7252<br><br>**Rule 7.1 Disclosure**<br><br>ECF Case |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Milton Pfeiffer certifies that he is a private individual and not a corporation.

Dated: August 13, 2007

POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS, LLP

By: _____

Marc I. Gross (MG-8496)
Jeremy A. Lieberman (JL-6130)
100 Park Avenue, 26th Floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

Patrick V. Dahlstrom (PD-5328)
POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS, LLP
1 One North LaSalle Street, Suite 2225
Chicago, IL 60602
Tel: (312) 377-1181
Fax: (312) 377-1184
*Attorneys for Plaintiff*