Jack C. Auspitz
Joel C. Haims
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Qiao Xing Universal Telephone, Inc.,
Rui Lin Wu, and Albert Leung

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON PFEIFFER, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>QIAO XING UNIVERSAL TELEPHONE INC., RUI LIN WU, AND ALBERT LEUNG,<br><br>   Defendants. | No. 07-cv-07252 (DLC) (HBP)<br><br>**ECF CASE** |

PLEASE TAKE NOTICE that Morrison & Foerster LLP hereby appears as counsel for

defendants Qiao Xing Universal Telephone, Inc., Rui Lin Wu, and Albert Leung.

Dated: New York, NY  
September 19, 2007

Respectfully submitted,

By: ___/s/ Jack C. Auspitz_____  
    Jack C. Auspitz  
    Joel C. Haims  
    Lily M. Fan  
    MORRISON & FOERSTER LLP  
    1290 Avenue of the Americas  
    New York, NY  10104-0050  
    Telephone: 212-468-8000  
    Facsimile: 212-468-7900

    *Attorneys for Defendants*  
    *Qiao Xing Universal Telephone, Inc.,*  
    *Rui Lin Wu, and Albert Leung*