UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON PFEIFFER, on behalf of himself and all others similarly situated

    Plaintiff,

v.

QIAO XING UNIVERSAL TELEPHONE, INC., RUI LIN WU, AND ALBERT LEUNG

    Defendants.

No. 07-civ-7252 (DLC) (HBP)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

### STIPULATION

WHEREAS, Plaintiff in the above-captioned class action filed a complaint against Qiao Xing Universal Telephone, Inc. ("Qiao Xing"), Rui Lin Wu and Albert Leung ("Defendants") alleging violations of the federal securities laws on August 14, 2007 ("Complaint");

WHEREAS, counsel is authorized to accept service of the Complaint and waive service of a summons on behalf of Qiao Xing and Rui Lin Wu, but not on behalf of Albert Leung;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties as follows:

1.    The undersigned counsel for Defendants accepts service of the Complaint and waives service of a summons in this action on behalf of Qiao Xing and Rui Lin Wu, and does not require service of the Complaint in the manner provided by Federal Rule of Civil Procedure 4 on these two defendants.

ny-774524

2.      Qiao Xing and Rui Lin Wu retain all defenses and/or objections to this action or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons and/or complaint.

3.      Defendants are not required to answer or move to dismiss the Complaint until after the appointment of Lead Plaintiff, pursuant to a scheduling order directed by the Court.

Dated:  September 20, 2007
        New York, NY

                        POMERANTZ HAUDEK BLOCK
                        GROSSMAN & GROSS, LLP

                        By: _____
                        Marc I. Gross
                        Jeremy A. Lieberman
                        100 Park Avenue, 26th Floor
                        New York, New York 10017
                        Tel: (212) 661-1100
                        Fax: (212) 661-8665

                        Patrick V. Dahlstrom
                        1 One North LaSalle Street, Suite 2225
                        Chicago, IL 60602
                        Tel: (312) 377-1181
                        Fax: (312) 377-1184

                        *Attorneys for Plaintiff*

So ordered.

*[signature]*
October 10, 2007

ny-774524                                2

MORRISON & FOERSTER LLP

By: _____
Jack C. Auspitz
Joel C. Haims
Lily M. Fan
1290 Avenue of the Americas
New York, NY 10104
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900

*Attorneys for Defendants*

SO ORDERED: _____
                U. S. D. J.

ny-774524                                3