**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**



**MEMO ENDORSED**

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

October 22, 2007



VIA OVERNIGHT DELIVERY

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:   *Mally v. Qiao Xing Universal Telephone, Inc., et al*, 07-cv-07097-DLC
      and all related actions ( 07 Civ. 7252 (DLC), 07 Civ. 7312 (DLC), 07 Civ. 7693 (DLC),
      07 Civ. 7829 (DLC))

Dear Judge Cote:

We represent Macomb County Employees' Retirement System ("Macomb County"), who, on October 9, 2007, filed a motion seeking consolidation of the related actions, appointment as Lead Plaintiff and approval of selection of Lead Counsel in the above-referenced actions. In addition to the motion of Macomb County, four other investors filed motions that day, seeking their appointment as Lead Plaintiff and approval of their respective selection of Lead Counsel. Earlier today, one of those movants filed a notice of withdrawal of his motion.

In accordance with the Local Rules of this Court, responses to the motions are due this Friday, October 26, 2007, and replies are due on November 5, 2007. See S.D.N.Y. R. 6.1(b). By Order dated August 20, 2007, the Court set a conference for this Friday, October 26, 2007, at 4:00 p.m. to "consider any motions for appointment of lead plaintiff and lead counsel and for consolidation."

In light of the fact that the motions will not be fully briefed by this Friday, we respectfully request that the Court adjourn the conference until after November 5, 2007, by which time the motion will have been fully briefed. This is the first request for such an adjournment.

*Denied. The conference will proceed as scheduled. Counsel will have an opportunity to be heard on pending motions.*

*Denise Cote*
*October 23, 2007*



Honorable Denise L. Cote
October 22, 2007
Page 2

    Counsel for the other movants and counsel for defendants do not oppose this request.

            Respectfully submitted,

            David A. Rosenfeld

DAR:dc
cc: Jack C. Auspitz, Esq. (Counsel for Defendants)
   Frederic S. Fox, Esq. (Counsel for Movants Mally and Tracy)
   Joel B. Strauss, Esq.(Counsel for Movants Mally and Tracy)
   Brian P. Murray, Esq. (Counsel for Movant Pelo a.s.)
   Marc I. Gross, Esq. (Counsel for Movant Balaban)
   Jeremy A. Lieberman, Esq. (Counsel for Movant Balaban)
   Patrick V. Dahlstrom, Esq. (Counsel for Movant Balaban)