UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
IN RE QIAO XING SECURITIES LITIATION      :        MASTER FILE
                                          :        07 Civ. 7097 (DLC)
This Document Relates to:                 :
                                          :        ORDER
ALL ACTIONS                               :
                                          :
------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

DENISE COTE, District Judge:

     Having been informed that the parties have settled this

litigation, it is hereby

     ORDERED that the submission in support of preliminary

approval of the settlement is due February 15, 2008.

     SO ORDERED:

Dated:    New York, New York
          January 17, 2008


                            _____
                                    DENISE COTE
                            United States District Judge